The People of the State of Illinois ex rel. Community Unit School District No. 5, Macon County, Illinois, Plaintiff-Appellant, v. Decatur School District No. 61, Defendant-Appellee.

Gen. No. 10,484.

Third District.

December 19, 1963.

Basil G. Greanias, of Decatur, for the People of the State of Illinois, and Vail, Mills, Armstrong, Winters & Prince, all of Decatur, for appellant; Monroe & McGaughey, of Decatur, for appellee. Opinion by PRESIDING JUSTICE CARROLL. Not to be published in full.